Suzette CONNER; Martha Young; Virginia Sawtelle, Plaintiffs—Appellees,

v.

KING COUNTY CORRECTIONS GUILD, Defendant,

and

Jared Karstetter, Defendant—Appellant.

No. 01–35534.

D.C. No. CV–00–00256–RSL.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 5, 2002.

Decided June 13, 2002.

Before BRUNETTI, TROTT, and McKEOWN, Circuit Judges.

---

MEMORANDUM \*

Jared Karstetter appeals from the district court's order denying his motion for attorneys' fees and costs pursuant to RCW 4.84.185. After carefully reviewing the parties' papers and the record, we affirm for the reasons set forth by Judge Lasnik in his order dated May 4, 2001.

**AFFIRMED.**

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts